997 A.2d 225

IN THE MATTER OF DANIEL DAVID HEDIGER,
AN ATTORNEY AT LAW.

July 19, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB–10–054, concluding that **DANIEL DAVID HEDIGER** of **EDGEWATER,** who was admitted to the bar of this State in 1995, should be censured for violating *RPC* 1.3 (lack of diligence);

And the Disciplinary Review Board further concluded that respondent should continue to practice under the supervision of a

practicing attorney approved by the Office of Attorney Ethics as ordered by the Court on July 17, 2007;

And good cause appearing;

It is ORDERED that **DANIEL DAVID HEDIGER** is hereby censured; and it is further

ORDERED that respondent shall continue to practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.